AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>AUGUSTUS C. ROMAIN, JR.<br>a/k/a "Gazi Kodzo"<br><br>*Defendant* | )<br>)<br>)   Case No.   8:22-cr-259-WFJ-AEP<br>)<br>)<br>)<br>) |

**SEALED**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   AUGUSTUS C. ROMAIN, JR., a/k/a "Gazi Kodzo",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to act as an agent of a foreign government and foreign officials, in violation of 18 U.S.C. § 371.

Date:   4/14/2023

*Melanie Bowman*
*Issuing officer's signature*

City and state:   Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 17 APR 23, and the person was arrested on *(date)* 18 APR 23
at *(city and state)* ATLANTA, GA.

Date:   4/24/23

*Arresting officer's signature*

M. PRICE, DUSM
*Printed name and title*