UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-259-WFJ-AEP

AUGUSTUS C. ROMAIN, JR.

_____/

**MEDICAL ORDER**

Defendant Augustus C. Romain, Jr. is in the custody of the United States Marshal. The Court has been advised that Defendants needs medical attention while in custody. Defendant self-reported being proscribed psychotropic medication for a mental health condition. In addition, Defendant self-reported to being in the process of transitioning genders.

Accordingly, the person in charge of the facility where Defendant is confined shall provide Defendant with a no-cost medical evaluation at the earliest opportunity, and any treatment deemed appropriate.

**ORDERED** in Tampa, Florida on June 5, 2023.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE