## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA          CASE NO: 8:22-cr-259-WFJ-AEP

v.

AUGUSTUS C. ROMAIN, JR.,
_____/

### MOTION TO TRANSPORT DEFENDANT TO GEORGIA

COMES NOW the Defendant, AUGUSTUS ROMAIN, by and through his undersigned attorney, and moves this Honorable Court to release the Defendant to Georgia state officials so that he can litigate his Georgia state criminal charges. As grounds for said motion, the following is alleged:

1. The Defendant is charged in Georgia with state criminal offenses. His trial is set for August 7, 2023.

2. The state judge signed a writ (attached hereto as Exhibit A) directing the US Marshall's Office to transport the Defendant to Georgia for his trial.

3. It is believed that the state trial would take approximately one week and sentencing would normally occur at the return of the verdict if the Defendant is convicted.

4. The Defendant wants to resolve his state case. In fact, his counsel has filed a Demand for Speedy Trial.

5. The Defendant is requesting that he be released to Georgia pursuant to the writ and be returned by the end of November 2023 at the latest.

6. The Defendant is asking the Court, if it grants this Motion, to make a specific finding that the transfer and any resulting delay serves the ends of justice.

7. The Defendant waives any rights under the Interstate Agreement on Detainers and the anti-shuttling provision.
8. The Defendant agrees not to seek release from custody prior to his return to the Middle District of Florida.

WHEREFORE, the Defendant prays that his Motion be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Transport Defendant to Georgia* with the Clerk of Court (CM-ECF) by using the CM-ECF system which will send a notice of electronic filing to all counsel of record on the 19th day of July, 2023.

Respectfully submitted,

 /s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida   33609
(813) 875-9694
Email: info@danielmhernandezpa.com
Attorney for Defendant
Florida Bar Number 229733

# EXHIBIT "A"

IN THE SUPERIOR COURT OF FAYETTE COUNTY
STATE OF GEORGIA

STATE OF GEORGIA )
v. ) CASE NO: 2022R-0338
AUGUSTUS ROMAIN )
)
)

PETITION FOR WRIT OF HABEAS AD PROSEQUENDUM

The above-styled matter is set for Jury Trial the week of August 7th, 2023, in the Superior Court of Fayette County, GA. The defendant, Augustus Romain, is currently confined in the Citrus County Detention Facility in Lecanto, Florida and will need to be produced for Trial.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid Detention Facility and there take into custody the body of the said defendant and have him before this Court at the Fayette County Justice Center, Courtroom 2B by 9:00 a.m., for the purpose of Trial and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Citrus County Detention Facility and also directing the said Warden, of the Citrus County Detention Facility to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: _14th of July 2023_

Respectfully submitted,

_____
David J. Studdard
Chief Assistant District Attorney
Griffin Judicial Circuit
GA Bar No. 689027

IN THE SUPERIOR COURT OF FAYETTE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA<br>v.<br>AUGUSTUS ROMAIN | ) <br>) CASE NO: 2022R-0338<br>)<br>)<br>) |

## WRIT OF HABEAS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL and Warden of the Citrus County Detention Facility in Lecanto, Florida,

The above-styled matter is set for Jury Trial the week of August 7th, 2023 in the Superior Court of Fayette County, GA, pursuant to a demand for speedy trial filed by the defendant. The defendant is currently confined in the Citrus County Detention Facility in Lecanto, Florida and will need to be produced for Trial.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Augustus Romain now detained in custody as aforesaid, under safe and secure conduct, before this Court at the Fayette County Justice Center, Fayetteville, GA, Courtroom 2B on August 7th, 2023 by or before 9:00 a.m., for the purpose of Trial in the above proceeding.

And this is to command you, Warden of the Citrus County Detention Facility, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said Augustus Romain for safe and secure conduct to this district for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Augustus Romain with all

convenient speed, under safe and secure conduct to the custody of the Warden of the Citrus County Detention Facility in Lecanto, Florida..

**SO ORDERED**, this 14th day of July, 2023.

_____
HONORABLE SCOTT L. BALLARD
JUDGE, Superior Court, Fayette County
Griffin Judicial Circuit

Prepared by:

_____
David J. Studdard
Chief Assistant District Attorney
Griffin Judicial Circuit
GA Bar No. 689027