UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-259-WFJ-AEP | DATE: | July 26, 2023 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUGUSTUS C. ROMAIN, JR. | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Daniel Marcet, AUSA | |
| | | **DEFENSE COUNSEL**<br>Daniel Hernandez Esq. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** | 2:07 to 2:25 | **TOTAL:** 18 MIN | **PRETRIAL:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: - MOTION HEARING**

MOTION for Miscellaneous Relief, specifically Transport Defendant to Georgia by Augustus C. Romain, Jr. (Dkt #110).

Proffer of AUSA, defers to the court on whether to grant the transport of the defendant to Georgia for pending state charges. Trial to take one week, and if convicted would go directly into sentencing. Writ attached to motion.

Courts concern is if custody is relinquished to Georgia to address the pending state charges, would there be an issue with the defendant being brought back for trial. Court addresses the validity of the writ as the writ provided directs the USMS to transport the defendant and not the state of Georgia.

Court will deny the Motion without prejudice. Court directs the government to file a motion with the appropriate writ and include exactly the process that will happen for the defendant to be returned and include a date for the return.