UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-259-WFJ-AEP

Augustus Romain
    a/k/a "Gazi Kodzo"

**ORDER**

Before the Court is the United States' Motion to Permit the Fayette County Sheriff's Office to Execute a *Writ of Habeas Corpus Ad Prosequndum* on Defendant Augustus Romain (Doc. 122). Upon consultation with the United States Marshal Service Office, the Motion is due to be denied, as an order by this Court is not necessary given the nature of the United States' request. Although, during a hearing on the matter on July 26, 2023, the undersigned expressed reservations about surrendering the Defendant to another prosecuting authority during the pendency of this underlying case[1], the matter is entirely within the United States' discretion whether to honor the *Writ of Habeas Corpus Ad Prosequndum* (Doc. 122-1), as executed by the State of Georgia. In other words, if the United States is in agreement with State of Georgia's request it need only inform the United States Marshal Service Office of its position and the *Writ of Habeas Corpus Ad Prosequndum* (122-1) will be

---

[1] For example, currently pending before this Court is a Motion to Dismiss Superseding Indictment (Doc. 107) filed by Defendant Penny Joanne Hess. If the Defendant wanted to adopt and join in that motion, the Court may be unable to conduct a hearing on the motion without the Defendant's presence.

honored by that Office without the need for an order by this Court. Accordingly, the United States' Motion to Permit the Fayette County Sheriff's Office to Execute a *Writ of Habeas Corpus Ad Prosequndum* on Defendant Augustus Romain (Doc. 122) is DENIED.

DONE AND ORDERED at TAMPA, Florida this 28th day of July, 2023.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge