**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

### CLERK'S MINUTES

| CASE NO.: 8:22-cr-259-WFJ-AEP | DATE: December 9, 2024 | |
|---|---|---|
| HONORABLE WILLIAM F. JUNG | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AUGUSTUS C. ROMAIN, JR.** | **GOVERNMENT COUNSEL**<br>Daniel Marcet and Risha Asokan, AUSA | |
| | **DEFENSE COUNSEL**<br>Mark O'Brien, CJA | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 11:08 - 11:54 AM<br>**TOTAL:** 46 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Tyler Campbell |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING

Court in session.

Defendant sworn.

Counsel identified for the record.

The Court addressed the PSR with the parties.

Objections made by the Defense.

The Government addressed the Court.

Counsel for the Defendant addressed the Court.

Defendant is adjudged guilty on Count One of the Superseding Indictment.

Probation: **FIVE (5) YEARS**.

Fine is waived.

Special Assessment: **$100.00** to be paid immediately.

Special conditions of probation:

- The Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- The Defendant shall submit to a search of their person, residence, place of business, any storage units under your control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.
- Refrain from any contact directly or indirectly with any governmental agencies, employees, or representatives outside of the United States.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the Defendant must submit to random drug testing not to exceed two tests per week.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is to report to the Probation Office immediately after being released from custody.

The original indictment is dismissed.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | N/A |
| Criminal History Category: | 1 |
| Imprisonment Range | Up to 5 Years |
| Supervised Release Range | 1-3 years |
| Restitution: | N/A |
| Fine Range | Up to $250,000.00 |
| Special Assessment | $100.00 |